UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK NEWTON, et al. | ) | CASE NO.:  1:17 CV 2545 |
| | ) | |
| Plaintiffs, | ) | JUDGE: James S. Gwin |
| | ) | |
| vs. | ) | **DEFENDANTS JACQUELYN ELLIS,** |
| | ) | **RODNEY ELLIS AND ANDREA ELLIS'** |
| | ) | **ANSWER TO PLAINTIFFS' FIRST** |
| JACQUELYN ELLIS, et al. | ) | **AMENDED COMPLAINT AND** |
| | ) | **COUNTERCLAIM** |
| Defendants. | ) | |
| | ) | **(Jury Demand Endorsed Hereon)** |

Now come Defendants Jacquelyn Ellis, Rodney Ellis, and Andrea Ellis, by and through undersigned counsel and for their Answer to the Plaintiffs' First Amended Complaint states as follows:

## NATURE OF THE ACTION

1.      Defendants aver the allegations in Paragraph 1 of the Plaintiffs' First Amended Complaint, and state the First Amended Complaint speaks for itself.

2.      Defendants deny the allegations in Paragraph 2 of the Plaintiffs' First Amended Complaint.

3.      Defendants deny for lack of knowledge the allegations contained in Paragraph 3 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants.

4.      Defendants deny for lack of knowledge the allegations contained in Paragraph 4 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants.

5.      Defendants deny for lack of knowledge the allegations contained in Paragraph 5 of Plaintiffs' First Amended Complaint.

6.      Defendants deny the allegations contained in Paragraph 6 of Plaintiffs' First Amended Complaint.

7.      Defendants aver the allegations in Paragraph 7 of the Plaintiffs' First Amended Complaint as the Court's Order speaks for itself and attach the entire Order (Exhibit "A").

## THE PARTIES

8.      Defendants deny for lack of knowledge the allegations contained in Paragraph 8 of the Plaintiffs' First Amended Complaint.

9.      Defendants deny for lack of knowledge the allegations contained in Paragraph 9 of Plaintiffs' First Amended Complaint.

10.     Defendants admit the allegations contained in Paragraph 10 of Plaintiffs' First Amended Complaint.

11.     Defendants admit the allegations in Paragraph 11 of Plaintiffs' First Amended Complaint.

12.     Defendants admit the allegations in Paragraph 12 of Plaintiffs' First Amended Complaint.

13.     Defendants admit the allegations in Paragraph 13 of Plaintiffs' First Amended Complaint.

14.     Defendants deny for lack of knowledge the allegations contained in Paragraph 14 of Plaintiffs' First Amended Complaint.

## JURISDICTION AND VENUE

15.     Defendants admit the allegations contained in Paragraph 15 of Plaintiffs' First Amended Complaint as state and federal jurisdiction is concurrent.

## FACTUAL BACKGROUND

16.     Defendants deny for lack of knowledge the allegations contained in Paragraph 16 of Plaintiffs' First Amended Complaint.

17.     Defendants deny for lack of knowledge the allegations contained in Paragraph 17 of Plaintiffs' First Amended Complaint.

18.     Defendants deny for lack of knowledge the allegations contained in Paragraph 18 of Plaintiffs' First Amended Complaint.

19.     Defendants deny for lack of knowledge the allegations contained in Paragraph 19 of Plaintiffs' First Amended Complaint.

20.     Defendants deny for lack of knowledge the allegations contained in Paragraph 20 of Plaintiffs' First Amended Complaint.

21.     Defendants deny for lack of knowledge the allegations contained in Paragraph 21 of Plaintiffs' First Amended Complaint.

22.     Defendants deny for lack of knowledge the allegations contained in Paragraph 22 of Plaintiffs' First Amended Complaint.

23.     Defendants deny for lack of knowledge the allegations contained in Paragraph 23 of Plaintiffs' First Amended Complaint.

24.     Defendants deny for lack of knowledge the allegations contained in Paragraph 24 of Plaintiffs' First Amended Complaint.

25.    Defendants admit the allegations contained in Paragraph 25 of Plaintiffs' First Amended Complaint.

26.    Defendants admit the allegations contained in Paragraph 26 of Plaintiffs' First Amended Complaint.

27.    Defendants admit the allegations contained in Paragraph 27 of Plaintiffs' First Amended Complaint.

28.    Defendants deny for lack of knowledge the allegations contained in Paragraph 28 of Plaintiffs' First Amended Complaint.

29.    Defendants deny for lack of knowledge the allegations contained in Paragraph 29 of Plaintiffs' First Amended Complaint.

30.    Defendants admit the allegations contained in Paragraph 30 of Plaintiffs' First Amended Complaint.

31.    Defendants deny the allegations contained in Paragraph 31 of Plaintiffs' First Amended Complaint.

32.    Defendants deny the allegations contained in Paragraph 32 of Plaintiffs' First Amended Complaint.

33.    Defendants deny the allegations contained in Paragraph 33 of Plaintiffs' First Amended Complaint.

34.    Defendants deny the allegations contained in Paragraph 34 of Plaintiffs' First Amended Complaint.

35.    Defendants deny the allegations contained in Paragraph 35 of Plaintiffs' First Amended Complaint.

36.     Defendants deny the allegations contained in Paragraph 36 of Plaintiffs' First Amended Complaint.

37.     Defendants deny the allegations contained in Paragraph 37 of Plaintiffs' First Amended Complaint.

38.     Defendants deny the allegations contained in Paragraph 38 of Plaintiffs' First Amended Complaint.

39.     Defendants admit the allegations contained in Paragraph 39 of Plaintiffs' First Amended Complaint.

40.     Defendants deny the allegations contained in Paragraph 40 of Plaintiffs' First Amended Complaint and further state that the Ellis' did not meet with or retain attorney John O'Neil until October 19, 2014.

41.     Defendants deny the allegations contained in Paragraph 41 of Plaintiffs' First Amended Complaint.

42.     Defendants, upon information and belief, have an understanding that the therapist and Ann Klotz reported the allegations to the Ohio Department of Job and Family Services, but deny that the allegations were false.

43.     Defendants deny for lack of knowledge the allegations contained in Paragraph 43 of Plaintiffs' First Amended Complaint.

44.     Defendants deny the allegations contained in Paragraph 44 of Plaintiffs' First Amended Complaint.

45.     Defendants deny the allegations contained in Paragraph 45 of Plaintiffs' First Amended Complaint.

46.     Defendants deny the allegations contained in Paragraph 46 of Plaintiffs' First Amended Complaint.

47.     Defendants deny the allegations contained in Paragraph 47 of Plaintiffs' First Amended Complaint.

48.     Defendants deny the allegations contained in Paragraph 48 of Plaintiffs' First Amended Complaint. Further answering, Summit County investigating agents determined that Jacquelyn Ellis' allegations were substantiated and prepared a lengthy report detailing the abuse.

49.     Defendants deny the allegations contained in Paragraph 49 of Plaintiffs' First Amended Complaint. Further answering, Summit County investigating agents determined that Jacquelyn Ellis' allegations were substantiated and prepared a lengthy report detailing the abuse.

50.     Defendants deny the allegations contained in Paragraph 50 of Plaintiffs' First Amended Complaint.

51.     Defendants admit the allegations contained in Paragraph 51 of Plaintiffs' First Amended Complaint.

52.     Defendants deny for lack of knowledge the allegations contained in Paragraph 52 of Plaintiffs' First Amended Complaint.

53.     Defendants deny for lack of knowledge the allegations contained in Paragraph 53 of Plaintiffs' First Amended Complaint.

54.     Defendants deny the allegations contained in Paragraph 54 of Plaintiffs' First Amended Complaint.

55.     Defendants deny for lack of knowledge the allegations contained in Paragraph 55 of Plaintiffs' First Amended Complaint.

56.     Defendants deny for lack of knowledge the allegations contained in Paragraph 56 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants and the transcript, if there is one, speaks for itself.

57.     Defendants deny for lack of knowledge the allegations contained in Paragraph 57 of Plaintiffs' First Amended Complaint.

58.     Defendants deny for lack of knowledge the allegations contained in Paragraph 58 of Plaintiffs' First Amended Complaint.

59.     Defendants admit the allegations contained in Paragraph 59 of Plaintiffs' First Amended Complaint.

60.     Defendants deny for lack of knowledge the allegations contained in Paragraph 60 of Plaintiffs' First Amended Complaint.

61.     Defendants deny for lack of knowledge the allegations contained in Paragraph 61 of Plaintiffs' First Amended Complaint.

62.     Defendants deny the allegations contained in Paragraph 62 of Plaintiffs' First Amended Complaint.

63.     Defendants deny for lack of knowledge the allegations contained in Paragraph 63 of Plaintiffs' First Amended Complaint.

64.     Defendants deny for lack of knowledge the allegations contained in Paragraph 64 of Plaintiffs' First Amended Complaint.

65.     Defendants deny for lack of knowledge the allegations contained in Paragraph 65 of Plaintiffs' First Amended Complaint.

66.    Defendants deny for lack of knowledge the allegations contained in Paragraph 66 of Plaintiffs' First Amended Complaint.

67.    Defendants deny for lack of knowledge the allegations contained in Paragraph 67 of Plaintiffs' First Amended Complaint.

68.    Defendants deny for lack of knowledge the allegations contained in Paragraph 68 of Plaintiffs' First Amended Complaint.

69.    Defendants deny for lack of knowledge the allegations contained in Paragraph 69 of Plaintiffs' First Amended Complaint.

70.    Defendants deny for lack of knowledge the allegations contained in Paragraph 70 of Plaintiffs' First Amended Complaint.

71.    Defendants deny the allegations of any inconsistencies and factual impossibilities as contained in Paragraph 71 of Plaintiffs' First Amended Complaint. Further answering, Defendants deny for lack of knowledge the allegations as to Detective Page.

72.    Defendants deny for lack of knowledge the allegations contained in Paragraph 72 of Plaintiffs' First Amended Complaint.

73.    Defendants deny the allegations contained in Paragraph 73 of Plaintiffs' First Amended Complaint.

74.    Defendants deny for lack of knowledge the allegations contained in Paragraph 74 of Plaintiffs' First Amended Complaint.

75.    Defendants deny for lack of knowledge the allegations contained in Paragraph 75 of Plaintiffs' First Amended Complaint.

76.    Defendants deny J. Ellis surreptitiously whispered during their first interview and deny for lack of knowledge the remaining allegations contained in Paragraph 76 of Plaintiffs' First Amended Complaint.

77.    Defendants deny for lack of knowledge the allegations contained in Paragraph 77 of Plaintiffs' First Amended Complaint.

78.    Defendants deny for lack of knowledge the allegations contained in Paragraph 78 of Plaintiffs' First Amended Complaint.

79.    Defendants deny there was any surreptitious whispering during their first interview and further aver the remaining allegations as the tape speaks for itself.

80.    Defendants admit only there was no wrongdoing and/or secret recording as to the allegations contained in Paragraph 80 of Plaintiffs' First Amended Complaint and state the tape speaks for itself.

81.    Defendants only admit in response to Paragraph 81 of Plaintiffs' First Amended Complaint, that the tapes speak for themselves.  These allegations are otherwise denied.

82.    Defendants deny for lack of knowledge the allegations contained in Paragraph 82 of Plaintiffs' First Amended Complaint, and state that the tapes speak for themselves.

83.    Defendants deny for lack of knowledge the allegations contained in Paragraph 83 of Plaintiffs' First Amended Complaint, and state that the tapes speak for themselves.

84.     Defendants deny for lack of knowledge the allegations contained in Paragraph 84 of Plaintiffs' First Amended Complaint, and state that the tapes speak for themselves.

85.     Defendants deny for lack of knowledge the allegations contained in Paragraph 85 of Plaintiffs' First Amended Complaint, and state that the tapes speak for themselves.

86.     Defendants deny for lack of knowledge the allegations contained in Paragraph 86 of Plaintiffs' First Amended Complaint, and state that the tapes speak for themselves.

87.     Defendants deny for lack of knowledge the allegations contained in Paragraph 87 of Plaintiffs' First Amended Complaint, and state that the tapes speak for themselves.

88.     Defendants deny for lack of knowledge the allegations contained in Paragraph 88 of Plaintiffs' First Amended Complaint.

89.     Defendants deny the allegations contained in Paragraph 89 of Plaintiffs' First Amended Complaint.

90.     Defendants deny the allegations contained in Paragraph 90 of Plaintiffs' First Amended Complaint.

91.     Defendants deny for lack of knowledge the allegations contained in Paragraph 91 of Plaintiffs' First Amended Complaint.

92.     Defendants deny for lack of knowledge the allegations contained in Paragraph 92 of Plaintiffs' First Amended Complaint.

93.     Defendants deny for lack of knowledge the allegations contained in Paragraph 93 of Plaintiffs' First Amended Complaint.

94.     Defendants deny for lack of knowledge the allegations contained in Paragraph 94 of Plaintiffs' First Amended Complaint.

95.     Upon information and belief, Defendants admit the allegations contained in Paragraph 95 of Plaintiffs' First Amended Complaint, and further answer that upon information and belief Detective Page and Mark Newton testified before the grand jury.

96.     Defendants deny the allegations contained in Paragraph 96 of Plaintiffs' First Amended Complaint.  Defendants did not know what was in Detective Page's mind.

97.     Defendants deny for lack of knowledge the allegations contained in Paragraph 97 of Plaintiffs' First Amended Complaint.

98.     Defendants deny Jacquelyn Ellis was unreliable and possessed exculpatory information, and further deny the remaining allegations contained in Paragraph 98 of Plaintiffs' First Amended Complaint.

99.     Defendants deny for lack of knowledge the allegations contained in Paragraph 99 of Plaintiffs' First Amended Complaint.

100.    Defendants deny for lack of knowledge the allegations contained in Paragraph 100 of Plaintiffs' First Amended Complaint.

101.    Defendants deny for lack of knowledge the allegations contained in Paragraph 101 of Plaintiffs' First Amended Complaint.

102.    Defendants deny for lack of knowledge the allegations contained in Paragraph 102 of Plaintiffs' First Amended Complaint.

103.    Defendants deny the allegations contained in Paragraph 103 of Plaintiffs' First Amended Complaint.

104.    Defendants deny for lack of knowledge the allegations contained in Paragraph 104 of Plaintiffs' First Amended Complaint.

105.    Defendants deny for lack of knowledge the allegations contained in Paragraph 105 of Plaintiffs' First Amended Complaint.

106.    Upon information and belief, Defendants admit the allegations contained in Paragraph 106 of Plaintiffs' First Amended Complaint.

107.    Defendants deny that J. Ellis made false allegations against Plaintiff Newton and further deny for lack of knowledge the remaining allegations contained in Paragraph 107 of Plaintiffs' First Amended Complaint.

108.    Defendants deny that J. Ellis made false allegations against Plaintiff Newton and further deny for lack of knowledge the remaining allegations contained in Paragraph 108 of Plaintiffs' First Amended Complaint.

109.    Defendants deny that J. Ellis made false allegations against Plaintiff Newton and further deny for lack of knowledge the remaining allegations contained in Paragraph 109 of Plaintiffs' First Amended Complaint.

110.    Defendants deny that J. Ellis made false allegations against Plaintiff Newton and further deny for lack of knowledge the remaining allegations contained in Paragraph 110 of Plaintiffs' First Amended Complaint.

111.    Defendants deny that J. Ellis made false allegations against Plaintiff Newton and further deny for lack of knowledge the remaining allegations contained in Paragraph 111 of Plaintiffs' First Amended Complaint.

112. Defendants deny for lack of knowledge the allegations contained in Paragraph 112 of the Plaintiffs' First Amended Complaint.

113. Defendants deny for lack of knowledge the allegations contained in Paragraph 113 of Plaintiffs' First Amended Complaint.

114. Defendants deny for lack of knowledge the allegations contained in Paragraph 114 of Plaintiffs' First Amended Complaint.

115. Defendants deny Jacquelyn Ellis made up false allegations and deny for lack of knowledge the remaining the allegations contained in Paragraph 115 of Plaintiffs' First Amended Complaint.

116. Defendants admit a demand letter was sent to Laurel School's attorneys at their request pursuant to Ohio Evidence Rule 408. A complete copy of the letter and expert report supporting the abuse and damages are attached hereto (Exhibit "B"). Further answering, the Defendants state that the statements made in the demand letter are true and accurate. Defendants further admit that the demand letter was issued in anticipation of, and in an effort to avoid, civil legal proceedings.

117. The Defendants aver the allegations in Paragraph 117 as the demand letter speaks for itself and a complete copy of the demand letter which was requested by Laurel's attorneys pursuant to Ohio Evidence Rule 408 is attached hereto. Further answering, the Defendants state that the statements made in the demand letter are true.

118. Defendants deny the allegations contained in Paragraph 118 of Plaintiffs' First Amended Complaint. Further answering, the Defendants state that the statements

made in the demand letter are true, privileged, and protected under Ohio Evidence Rule 408.

119.    Defendants deny the allegations contained in Paragraph 119 of Plaintiffs' First Amended Complaint.  Further answering, the Defendants state that the statements made in the demand letter are true.

120.    Defendants admit the allegations contained in Paragraph 120 of Plaintiffs' First Amended Complaint.   Defendants further admit that the meeting with the prosecutor was necessary and proper as a result of the pending criminal proceedings.

121.    Defendants deny the allegations contained in Paragraph 121 of Plaintiffs' First Amended Complaint.

122.    Defendants deny the allegations contained in Paragraph 122 of Plaintiffs' First Amended Complaint.

123.    Defendants deny the allegations contained in Paragraph 123 of Plaintiffs' First Amended Complaint.

124.    Defendants deny the allegations contained in Paragraph 124 of Plaintiffs' First Amended Complaint.

125.    Defendants deny the allegations contained in Paragraph 125 of Plaintiffs' First Amended Complaint.

126.    Defendants deny for lack of knowledge the allegations contained in Paragraph 126 of Plaintiffs' First Amended Complaint and aver that the document speaks for itself.

127.    Defendants deny for lack of knowledge the allegations contained in Paragraph 127 of Plaintiffs' First Amended Complaint.

128. Defendants deny for lack of knowledge the allegations contained in Paragraph 128 of Plaintiffs' First Amended Complaint.

129. Defendants deny for lack of knowledge the allegations contained in Paragraph 129 of Plaintiffs' First Amended Complaint.

130. Defendants deny for lack of knowledge the allegations contained in Paragraph 130 of Plaintiffs' First Amended Complaint.

131. Defendants deny for lack of knowledge the allegations contained in Paragraph 131 of Plaintiffs' First Amended Complaint.

132. Defendants deny for lack of knowledge the allegations contained in Paragraph 132 of Plaintiffs' First Amended Complaint.

133. Defendants deny for lack of knowledge the allegations contained in Paragraph 133 of Plaintiffs' First Amended Complaint.

134. Defendants deny for lack of knowledge the allegations contained in Paragraph 134 of Plaintiffs' First Amended Complaint.

135. Defendants deny for lack of knowledge the allegations contained in Paragraph 135 of Plaintiffs' First Amended Complaint.

136. Defendants deny for lack of knowledge the allegations contained in Paragraph 136 of Plaintiffs' First Amended Complaint.

137. Defendants deny for lack of knowledge the allegations contained in Paragraph 137 of Plaintiffs' First Amended Complaint.

138. Defendants deny for lack of knowledge the allegations contained in Paragraph 138 of Plaintiffs' First Amended Complaint.

139.    Defendants deny for lack of knowledge the allegations contained in Paragraph 139 of Plaintiffs' First Amended Complaint.

140.    Defendants deny for lack of knowledge the allegations contained in Paragraph 140 of Plaintiffs' First Amended Complaint.

141.    Defendants deny for lack of knowledge the allegations contained in Paragraph 141 of Plaintiffs' First Amended Complaint.

142.    Defendants deny for lack of knowledge the allegations contained in Paragraph 142 of Plaintiffs' First Amended Complaint.

143.    Defendants deny for lack of knowledge the allegations contained in Paragraph 143 of Plaintiffs' First Amended Complaint.

144.    Defendants deny for lack of knowledge the allegations contained in Paragraph 144 of Plaintiffs' First Amended Complaint.

145.    Defendants deny for lack of knowledge the allegations contained in Paragraph 145 of Plaintiffs' First Amended Complaint.

146.    Defendants deny for lack of knowledge the allegations contained in Paragraph 146 of Plaintiffs' First Amended Complaint.

147.    Defendants deny for lack of knowledge the allegations contained in Paragraph 147 of Plaintiffs' First Amended Complaint.

148.    Defendants admit only that Jacqueline Ellis testified truthfully at trial. Defendants deny for lack of knowledge all allegations not expressly admitted herein.

149.    Defendants deny for lack of knowledge the allegations contained in Paragraph 149 of Plaintiffs' First Amended Complaint.

150.   Defendants deny the allegations contained in Paragraph 150 of Plaintiffs' First Amended Complaint.

151.   Defendants deny J. Ellis made any false allegations against Plaintiff Newton and deny for lack of knowledge the remaining allegations contained in Paragraph 151 of Plaintiffs' First Amended Complaint.

152.   Defendants deny for lack of knowledge the allegations contained in Paragraph 152 of Plaintiffs' First Amended Complaint.

153.   Defendants deny for lack of knowledge the allegations contained in Paragraph 153 of Plaintiffs' First Amended Complaint.

154.   Defendants deny for lack of knowledge the allegations contained in Paragraph 154 of Plaintiffs' First Amended Complaint.

155.   Defendants deny for lack of knowledge the allegations contained in Paragraph 155 of Plaintiffs' First Amended Complaint.

156.   Defendants only admit in response to Paragraph 156 that the transcript speaks for itself.  These allegations are otherwise denied.

157.   Defendants only admit in response to Paragraph 157 that the transcript speaks for itself.  These allegations are otherwise denied.

158.   Defendants only admit in response to Paragraph 158 that the transcript speaks for itself.  These allegations are otherwise denied.

159.   Defendants only admit in response to Paragraph 159 that the transcript speaks for itself.  These allegations are otherwise denied.

160.   Defendants only admit in response to Paragraph 160 that the transcript speaks for itself.  These allegations are otherwise denied.

161.    Defendants only admit in response to Paragraph 161 that the transcript speaks for itself.  These allegations are otherwise denied.

162.    Defendants deny for lack of knowledge the allegations contained in Paragraph 162 of Plaintiffs' First Amended Complaint.

163.    Defendants deny that J. Ellis made any false allegations against Plaintiff Newton and deny for lack of knowledge the remaining allegations contained in Paragraph 163 of Plaintiffs' First Amended Complaint.

164.    Defendants deny for lack of knowledge the allegations contained in Paragraph 164 of Plaintiffs' First Amended Complaint.

165.    Defendants only admit in response to Paragraph 165 that the transcript speaks for itself.  These allegations are otherwise denied.

166.    Defendants deny for lack of knowledge the allegations contained in Paragraph 166 of Plaintiffs' First Amended Complaint.

167.    Defendants deny for lack of knowledge the allegations contained in Paragraph 167 of Plaintiffs' First Amended Complaint.

168.    Defendants deny for lack of knowledge the allegations contained in Paragraph 168 of Plaintiffs' First Amended Complaint.

169.    Defendants deny for lack of knowledge the allegations contained in Paragraph 169 of Plaintiffs' First Amended Complaint.

170.    Defendants only admit in response to Paragraph 170 that the transcript speaks for itself.  These allegations are otherwise denied.

171.    Defendants only admit in response to Paragraph 171 that the transcript speaks for itself.  These allegations are otherwise denied.

172.    Defendants only admit in response to Paragraph 172 that the transcript speaks for itself.  These allegations are otherwise denied.

173.    Defendants only admit in response to Paragraph 173 that the transcript speaks for itself.  These allegations are otherwise denied.

174.    Defendants only admit in response to Paragraph 174 that the transcript speaks for itself.  These allegations are otherwise denied.

175.    Defendants only admit in response to Paragraph 175 that the transcript speaks for itself.  These allegations are otherwise denied.

176.    Defendants only admit in response to Paragraph 176 that the transcript speaks for itself.  These allegations are otherwise denied.

177.    Defendants only admit in response to Paragraph 177 that the transcript speaks for itself.  These allegations are otherwise denied.

178.    Defendants only admit in response to Paragraph 178 that the transcript speaks for itself.  These allegations are otherwise denied.

179.    Defendants deny for lack of knowledge the allegations contained in Paragraph 179 of Plaintiffs' First Amended Complaint.

180.    Defendants only admit in response to Paragraph 180 that the transcript speaks for itself.  These allegations are otherwise denied.

181.    Defendants only admit in response to Paragraph 181 that the transcript speaks for itself.  These allegations are otherwise denied.

182.    Defendants deny for lack of knowledge the allegations contained in Paragraph 182 of Plaintiffs' First Amended Complaint.

183.    Defendants deny for lack of knowledge the allegations contained in Paragraph 183 of Plaintiffs' First Amended Complaint.

184.    Defendants only admit in response to Paragraph 184 that the transcript speaks for itself.  These allegations are otherwise denied.

185.    Defendants only admit in response to Paragraph 185 that the transcript speaks for itself.  These allegations are otherwise denied.

186.    Defendants only admit in response to Paragraph 186 that the transcript speaks for itself.  These allegations are otherwise denied.

187.    Defendants only admit in response to Paragraph 187 that the transcript speaks for itself.  These allegations are otherwise denied.

188.    Defendants only admit in response to Paragraph 188 that the transcript speaks for itself.  These allegations are otherwise denied.

189.    Defendants only admit in response to Paragraph 189 that the transcript speaks for itself.  These allegations are otherwise denied.

190.    Defendants deny for lack of knowledge the allegations contained in Paragraph 190 of Plaintiffs' First Amended Complaint.

191.    Defendants deny for lack of knowledge the allegations contained in Paragraph 191 of Plaintiffs' First Amended Complaint, and state that the transcript speaks for itself.

192.    Defendants deny for lack of knowledge the allegations contained in Paragraph 192 of Plaintiffs' First Amended Complaint, and state that the transcript speaks for itself.

193.   Defendants deny for lack of knowledge the allegations contained in Paragraph 193 of Plaintiffs' First Amended Complaint, and state that the transcript speaks for itself.

194.   Defendants only admit in response to Paragraph 194 that the transcript speaks for itself.  These allegations are otherwise denied.

195.   Defendants only admit in response to Paragraph 195 that the transcript speaks for itself.  These allegations are otherwise denied.

196.   Defendants only admit in response to Paragraph 196 that the transcript speaks for itself.  These allegations are otherwise denied.

197.   Defendants only admit in response to Paragraph 197 that the transcript speaks for itself.  These allegations are otherwise denied.

198.   Defendants deny for lack of knowledge the allegations contained in Paragraph 198 of Plaintiffs' First Amended Complaint.

199.   Defendants deny for lack of knowledge the allegations contained in Paragraph 199 of Plaintiffs' First Amended Complaint, and state that the transcript speaks for itself.

200.   Defendants deny for lack of knowledge the allegations contained in Paragraph 200 of Plaintiffs' First Amended Complaint.

201.   Defendants deny for lack of knowledge the allegations contained in Paragraph 201 of Plaintiffs' First Amended Complaint.

202.   Defendants admit only that the Court's twelve (12) page Opinion speaks for itself and attach the full Opinion to this Answer.

203. Defendants incorporate their answers in Paragraphs 1 through 202 as if fully rewritten herein.

204. Defendants deny for lack of knowledge the allegations contained in Paragraph 204 of Plaintiffs' First Amended Complaint.

205. Defendants deny for lack of knowledge the allegations contained in Paragraph 205 of Plaintiffs' First Amended Complaint.

206. Defendants deny for lack of knowledge the allegations contained in Paragraph 206 of Plaintiffs' First Amended Complaint.

207. Defendants deny for lack of knowledge the allegations contained in Paragraph 207 of Plaintiffs' First Amended Complaint.

208. Defendants deny for lack of knowledge the allegations contained in Paragraph 208 of Plaintiffs' First Amended Complaint.

209. Defendants deny for lack of knowledge the allegations contained in Paragraph 209 of Plaintiffs' First Amended Complaint.

210. Defendants deny for lack of knowledge the allegations contained in Paragraph 210 of Plaintiffs' First Amended Complaint.

211. Defendants deny for lack of knowledge the allegations contained in Paragraph 211 of Plaintiffs' First Amended Complaint.

212. Defendants deny for lack of knowledge the allegations contained in Paragraph 212 of Plaintiffs' First Amended Complaint.

213. Defendants deny for lack of knowledge the allegations contained in Paragraph 213 of Plaintiffs' First Amended Complaint.

214. Defendants deny for lack of knowledge the allegations contained in Paragraph 214 of Plaintiffs' First Amended Complaint.

215. Defendants deny for lack of knowledge the allegations contained in Paragraph 215 of Plaintiffs' First Amended Complaint.

216. Defendants deny for lack of knowledge the allegations contained in Paragraph 216 of Plaintiffs' First Amended Complaint.

217. Defendants deny for lack of knowledge the allegations contained in Paragraph 217 of Plaintiffs' First Amended Complaint.

218. Defendants deny for lack of knowledge the allegations contained in Paragraph 218 of Plaintiffs' First Amended Complaint.

219. Defendants deny for lack of knowledge the allegations contained in Paragraph 219 of Plaintiffs' First Amended Complaint.

220. Defendants deny for lack of knowledge the allegations contained in Paragraph 220 of Plaintiffs' First Amended Complaint.

221. Defendants deny for lack of knowledge the allegations contained in Paragraph 221 of Plaintiffs' First Amended Complaint.

222. Defendants deny for lack of knowledge the allegations contained in Paragraph 222 of Plaintiffs' First Amended Complaint.

223. Defendants deny for lack of knowledge the allegations contained in Paragraph 223 of Plaintiffs' First Amended Complaint.

224. Defendants deny for lack of knowledge the allegations contained in Paragraph 224 of Plaintiffs' First Amended Complaint.

225.    Defendants deny for lack of knowledge the allegations contained in Paragraph 225 of Plaintiffs' First Amended Complaint.

226.    Defendants deny for lack of knowledge the allegations contained in Paragraph 226 of Plaintiffs' First Amended Complaint.

227.    Defendants deny for lack of knowledge the allegations contained in Paragraph 227 of Plaintiffs' First Amended Complaint.

228.    Defendants deny for lack of knowledge the allegations contained in Paragraph 228 of Plaintiffs' First Amended Complaint.

229.    Defendants deny for lack of knowledge the allegations contained in Paragraph 229 of Plaintiffs' First Amended Complaint.

230.    Defendants deny for lack of knowledge the allegations contained in Paragraph 230 of Plaintiffs' First Amended Complaint.

231.    Defendants deny for lack of knowledge the allegations contained in Paragraph 231 of Plaintiffs' First Amended Complaint.

232.    Defendants deny for lack of knowledge the allegations contained in Paragraph 232 of Plaintiffs' First Amended Complaint.

233.    Defendants deny for lack of knowledge the allegations contained in Paragraph 233 of Plaintiffs' First Amended Complaint.

234.    Defendants deny for lack of knowledge the allegations contained in Paragraph 234 of Plaintiffs' First Amended Complaint.

235.    Defendants deny for lack of knowledge the allegations contained in Paragraph 235 of Plaintiffs' First Amended Complaint.

236.    Defendants deny for lack of knowledge the allegations contained in Paragraph 236 of Plaintiffs' First Amended Complaint and state that the video speaks for itself.

237.    Defendants deny for lack of knowledge the allegations contained in Paragraph 237 of Plaintiffs' First Amended Complaint and state that the video speaks for itself.

238.    Defendants deny for lack of knowledge the allegations contained in Paragraph 238 of Plaintiffs' First Amended Complaint.

239.    Defendants deny for lack of knowledge the allegations contained in Paragraph 239 of Plaintiffs' First Amended Complaint.

240.    Defendants deny for lack of knowledge the allegations contained in Paragraph 240 of Plaintiffs' First Amended Complaint.

241.    Defendants deny for lack of knowledge the allegations contained in Paragraph 241 of Plaintiffs' First Amended Complaint.

242.    Defendants deny for lack of knowledge the allegations contained in Paragraph 242 of Plaintiffs' First Amended Complaint.

243.    Defendants deny for lack of knowledge the allegations contained in Paragraph 243 of Plaintiffs' First Amended Complaint.

244.    Defendants deny for lack of knowledge the allegations contained in Paragraph 244 of Plaintiffs' First Amended Complaint.

245.    Defendants deny for lack of knowledge the allegations contained in Paragraph 245 of Plaintiffs' First Amended Complaint.

246.    Defendants deny for lack of knowledge the allegations contained in Paragraph 246 of Plaintiffs' First Amended Complaint.

247.    Defendants deny for lack of knowledge the allegations contained in Paragraph 247 of Plaintiffs' First Amended Complaint.

248.    Defendants deny for lack of knowledge the allegations contained in Paragraph 248 of Plaintiffs' First Amended Complaint.

249.    Defendants deny for lack of knowledge the allegations contained in Paragraph 249 of Plaintiffs' First Amended Complaint.

250.    Defendants deny for lack of knowledge the allegations contained in Paragraph 250 of Plaintiffs' First Amended Complaint.

251.    Defendants deny for lack of knowledge the allegations contained in Paragraph 251 of Plaintiffs' First Amended Complaint.

252.    Defendants deny for lack of knowledge the allegations contained in Paragraph 252 of Plaintiffs' First Amended Complaint.

## COUNT ONE

253.    Defendants incorporate their answers in Paragraphs 1 through 252 as if fully rewritten herein.

254.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 254 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

255.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 255 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

256.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 256 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

257.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 257 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

258.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 258 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

259. Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 259 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

260.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 260 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

261.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 261 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

262.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 262 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

263.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 263 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

264.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 264 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

## **COUNT TWO**

265.    Defendants incorporate their answers in Paragraphs 1 through 264 as if fully rewritten herein.

266.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 266 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

267.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 267 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

268.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 268 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

269.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 269 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

## COUNT THREE

270.     Defendants incorporate their answers in Paragraphs 1 through 269 as if fully rewritten herein.

271.     Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 271 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

272.     Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 272 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

273.     Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 273 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

274.     Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 274 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

275.     Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 275 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

## COUNT FOUR

276.     Defendants incorporate their answers in Paragraphs 1 through 275 as if fully rewritten herein.

277.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 277 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

278.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 278 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

279.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 279 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

280.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 280 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

281.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 281 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

282.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 282 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

283.    In response to Paragraph 283 of Plaintiffs' First Amended Complaint, Defendants admit only that the criminal charges were dismissed as a discovery sanction.  These allegations are otherwise denied..

284.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 284 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

## COUNT FIVE

285.    Defendants incorporate their answers in Paragraphs 1 through 284 as if fully rewritten herein.

286.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 286 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

287.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 287 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

288.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 288 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

289.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 289 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

290.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 290 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

291.    Defendants deny and deny for lack of knowledge the allegations contained in Paragraph 291 of Plaintiffs' First Amended Complaint, as they are not directed to the herein answering Defendants.

## COUNT SIX

292.    Defendants incorporate their answers in Paragraphs 1 through 291 as if fully rewritten herein.

293.    Defendants deny the allegations contained in Paragraph 293 of Plaintiffs' First Amended Complaint.

294.    Defendants deny the allegations contained in Paragraph 294 of Plaintiffs' First Amended Complaint.

295.    Defendants deny the allegations contained in Paragraph 295 of Plaintiffs' First Amended Complaint.

296.    Defendants deny the allegations contained in Paragraph 296 of Plaintiffs' First Amended Complaint.

297.    Defendants deny the allegations contained in Paragraph 297 of Plaintiffs' First Amended Complaint.

298.    Defendants deny the allegations contained in Paragraph 298 of Plaintiffs' First Amended Complaint.

## COUNT SEVEN

299.    Defendants incorporate their answers in Paragraphs 1 through 298 as if fully rewritten herein.

300.    Defendants deny the allegations contained in Paragraph 300 of Plaintiffs' First Amended Complaint.

301.    Defendants deny the allegations contained in Paragraph 301 of Plaintiffs'
First Amended Complaint.

302.    Defendants deny the allegations contained in Paragraph 302 of Plaintiffs'
First Amended Complaint.

303.    Defendants deny for lack of knowledge the allegations contained in
Paragraph 303 of Plaintiffs' First Amended Complaint.

304.    Defendants deny the allegations contained in Paragraph 304 of Plaintiffs'
First Amended Complaint.

### **COUNT EIGHT**

305.    Defendants incorporate their answers in Paragraphs 1 through 304 as if
fully rewritten herein.

306.    Defendants deny the allegations contained in Paragraph 306 of Plaintiffs'
First Amended Complaint.

307.    Defendants deny the allegations contained in Paragraph 307 of Plaintiffs'
First Amended Complaint.

308.    Defendants deny the allegations contained in Paragraph 308 of Plaintiffs'
First Amended Complaint.

309.    Defendants deny the allegations contained in Paragraph 309 of Plaintiffs'
First Amended Complaint.

310.    Defendants deny the allegations contained in Paragraph 310 of Plaintiffs'
First Amended Complaint.

311.    Defendants deny the allegations contained in Paragraph 311 of Plaintiffs'
First Amended Complaint.

312.    Defendants deny the allegations contained in Paragraph 312 of Plaintiffs' First Amended Complaint.

313.    Defendants deny the allegations contained in Paragraph 313 of Plaintiffs' First Amended Complaint.

314. Defendants deny the allegations contained in Paragraph 314 of Plaintiffs' First Amended Complaint.

315.    In response to Paragraph 315 of Plaintiffs' First Amended Complaint, Defendants admit only that the criminal charges were dismissed as a discovery sanction.  These allegations are otherwise denied.

316.    Defendants deny the allegations contained in Paragraph 316 of Plaintiffs' First Amended Complaint.

## COUNT NINE

317.    Defendants incorporate their answers in Paragraphs 1 through 316 as if fully rewritten herein.

318.    Defendants deny the allegations contained in Paragraph 318 of Plaintiffs' First Amended Complaint.

319.    Defendants admit the allegations contained in Paragraph 319 of Plaintiffs' First Amended Complaint.

320.    Defendants deny the allegations contained in Paragraph 320 of Plaintiffs' First Amended Complaint.

321.    Defendants deny the allegations contained in Paragraph 321 of Plaintiffs' First Amended Complaint.

## COUNT TEN

322.    Defendants incorporate their answers in Paragraphs 1 through 321 as if fully rewritten herein.

323.    Defendants deny the allegations contained in Paragraph 323 of Plaintiffs' First Amended Complaint.

324.    Defendants deny the allegations contained in Paragraph 324 of Plaintiffs' First Amended Complaint.

325.    Defendants deny the allegations contained in Paragraph 325 of Plaintiffs' First Amended Complaint.

326.    Defendants deny the allegations contained in Paragraph 326 of Plaintiffs' First Amended Complaint.

327.    Defendants admit only that the criminal case was dismissed as a discovery sanction.

328.    Defendants deny the allegations contained in Paragraph 328 of Plaintiffs' First Amended Complaint.

329.    Defendants deny the allegations contained in Paragraph 329 of Plaintiffs' First Amended Complaint.

330.    Defendants deny the allegations contained in Paragraph 330 of Plaintiffs' First Amended Complaint.

## COUNT ELEVEN

331.    Defendants incorporate their answers in Paragraphs 1 through 330 as if fully rewritten herein.

332.  Defendants deny the allegations contained in Paragraph 332 of Plaintiffs' First Amended Complaint.

333.  Defendants deny the allegations contained in Paragraph 332 of Plaintiffs' First Amended Complaint.

334.  Defendants deny the allegations contained in Paragraph 334 of Plaintiffs' First Amended Complaint.

335.  Defendants deny the allegations contained in Paragraph 335 of Plaintiffs' First Amended Complaint.

336.  Defendants deny the allegations contained in Paragraph 336 of Plaintiffs' First Amended Complaint.

337.  Defendants deny the allegations contained in Paragraph 337 of Plaintiffs' First Amended Complaint.

### COUNT TWELVE

338.  Defendants incorporate their answers in Paragraphs 1 through 337 as if fully rewritten herein.

339.  Defendants deny for lack of knowledge the allegations contained in Paragraph 339 of Plaintiffs' First Amended Complaint.

340.  Defendants deny the allegations contained in Paragraph 340 of Plaintiffs' First Amended Complaint.

### COUNT THIRTEEN

341.  Defendants deny for lack of knowledge the allegations contained in Paragraph 341 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants.

342.   Defendants deny for lack of knowledge the allegations contained in Paragraph 342 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants.

343.   Defendants deny for lack of knowledge the allegations contained in Paragraph 343 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants.

344.   Defendants deny for lack of knowledge the allegations contained in Paragraph 344 of Plaintiffs' First Amended Complaint as they are not directed to the herein answering Defendants.

### DAMAGES

345.   Defendants deny the allegations contained in Paragraph 345 of Plaintiffs' First Amended Complaint.

346.   Defendants deny the allegations contained in Paragraph 346 of Plaintiffs' First Amended Complaint.

347.   Defendants deny the allegations contained in Paragraph 347 of Plaintiffs' First Amended Complaint.

348.   Defendants deny the allegations contained in Paragraph 348 of Plaintiffs' First Amended Complaint.

349.   Defendants deny the allegations contained in Paragraph 349 of Plaintiffs' First Amended Complaint.

**WHEREFORE**, Defendants having fully answered the Plaintiffs' First Amended Complaint, requests this First Amended Complaint be dismissed at Plaintiffs' costs pursuant to the trial Court's twelve-page ruling, the settlement demand letter was

requested by Laurel's attorneys and is privileged along with the expert report attached to the previously filed Motion to Dismiss on behalf of the Ellis Defendants, previously incorporated with this Answer.

## AFFIRMATIVE DEFENSES

1.     Plaintiffs' Complaint fails to state a claim for which relief can be granted.

2.     Plaintiffs' Complaint is barred in whole or in part by the Statute of Limitations, and doctrine of laches.

3.     Statements made by these answering Defendants were truthful.

4.     Statements made by these answering Defendants were made in good faith belief and opinion.

5.     The herein answering Defendants have an absolute and qualified privilege for their statements and actions.

6.     The herein answering Defendants have an absolute and qualified immunity for their statements and actions.

7.     The criminal case against Plaintiff Newton was not decided in his favor.

8.     The demand letter was requested by Laurel's attorneys and was made pursuant to Ohio Evidence Rule 408 and is privileged.

9.     Plaintiffs' have failed to mitigate their damages.

10.     People or entities other than these answering Defendants caused or contributed to the damages Plaintiffs claim to have suffered.

11.     Plaintiffs have caused their own damages (if any) and are otherwise comparatively at fault.

12. Plaintiffs' claims are barred by their own tortious wrongdoing and inequitable conduct.

13. Plaintiffs have failed to join necessary/indispensable parties.

14. The herein answering Defendants reserve the right to supplement these affirmative defenses as they are discovered.

## COUNTERCLAIM AGAINST MARK NEWTON

Now come Defendants/Counterclaimants, Jacquelyn Ellis, Rodney Ellis, and Andrea Ellis, and for their Counterclaim against Plaintiff, Mark Newton, state as follows:

## FACTS

1. At all relevant times herein, Laurel School was engaged in the business of providing private educational services for girls in kindergarten through 12th grade.

2. On or about the Spring 2013, Defendant/Counterclaimant Jacquelyn Ellis, was an eighth grade student at Laurel School and participated in the softball program, located at 1 Lyman Circle, Shaker Heights, Ohio in the County of Cuyahoga.

3. At all relevant times herein, Mark A. Newton was an employee, agent, owner, servant, teacher, and/or softball coach of Laurel School and was responsible for the care and control of the students who attended Laurel School.

4. Mark A. Newton sexually assaulted and/or inappropriately touched Jacquelyn Ellis while Jacquelyn Ellis was in the care and control of Mark A. Newton at Laurel School.

5. As a result of Mark A. Newton's sexual assault and/or inappropriate conduct Jacquelyn Ellis was caused to suffer severe and permanent psychological,

physical, and emotional pain. She has further incurred substantial expenses for mental health care and treatment, which is expected to be ongoing.

6.     In the manner aforementioned and to be otherwise established at trial, Plaintiff/Counterclaim Defendant Mark A. Newton acted maliciously with both the intent to inflict harm and the knowledge that serious injuries were substantially certain to result from his misconduct.

## <u>COUNT ONE</u>

### (Assault and Battery)

7.     The Defendants/Counterclaimants incorporate the allegations contained in the previous paragraphs as if fully rewritten herein.

8.     Defendant/Counterclaimant Jacquelyn Ellis states that Plaintiff/ Counterclaim Defendant Mark Allen Newton sexually assaulted and/or inappropriately touched her while she was in the care and control of Plaintiff/Counterclaim Defendant Mark A. Newton at Laurel School.

9.     Defendant/Counterclaimant Jacquelyn Ellis states that Plaintiff/ Counterclaim Defendant Mark A. Newton while in the course and scope of his employment with Laurel School as a softball coach abused his authority by manipulating, controlling and violating her.

10.    Defendant/Counterclaimant Jacquelyn Ellis states that Plaintiff/ Counterclaim Defendant Mark A. Newton violated the coach/player relationship by engaging in nonconsensual touching.

11.     As a result of Plaintiff/Counterclaim Defendant Mark A. Newton's conduct, Defendant/Counterclaim Plaintiff Jacquelyn Ellis was caused to suffer severe and permanent psychological, physical, and emotional pain.

## COUNT TWO

(Intentional Infliction of Emotional Distress)

12.     The Defendants/Counterclaimants incorporate the allegations contained in the previous paragraphs as if fully rewritten herein.

13.     Defendant/Counterclaimant Jacquelyn Ellis states that Plaintiff/Counterclaim Defendant Mark A. Newton acted outrageously, with the intention to cause, or with reckless disregard of the probability of causing Defendant/Counterclaimant Jacquelyn Ellis severe emotional distress that no reasonable middle school student could be expected to bear.

14.     Defendant/Counterclaimant Jacquelyn Ellis Plaintiff further states that because of Plaintiff/Counterclaim Defendant Mark A. Newton's outrageous conduct she suffered severe humiliation, embarrassment, mental anguish, and emotional distress.

15.     Plaintiff/Counterclaim Defendant Mark A. Newton's conduct, which was unprivileged and unwanted by Counterclaimant, proximately caused Counterclaimant, Jacquelyn Ellis, to suffer severe and permanent emotional distress.

**WHEREFORE**, Defendant/Counterclaimant Jacquelyn Ellis, demands judgment for compensatory and punitive damages against Plaintiff/Counterclaim Defendant Mark A. Newton on Counts I and II, all for an amount that exceeds Twenty-Five Thousand Dollars ($25,000.00) together with her reasonable attorney fees and litigation expenses, interest and the costs of this action.

Respectfully submitted,

*/s/ John P. O'Neil*

_____
**JOHN P. O'NEIL #0067893**
Elk and Elk Co. Ltd.
6105 Parkland Blvd., Suite 200
Mayfield Hts., Ohio 44124
Phone: 440-442-6677
Facsimile: 440-442-7944
E-mail: joneil@elkandelk.com
*Attorney for Defendants Jacquelyn Ellis,*
*Rodney Ellis, and Andrea Ellis*

*/s/ Andrew M. Wargo*

_____
**ANDREW M. WARGO, ESQ**
Marshall, Dennehey, Warner, Coleman
& Goggin
127 Public Square, Suite 3510
Cleveland, OH 44114
Phone: (216) 912-3804
Facsimile: (216) 344-9006
Email: amwargo@mdwcg.com
*Attorney for Defendants Jacquelyn*
*Ellis, Rodney Ellis, and Andrea Ellis*

*/s/ Paul W. Flowers*

_____
**PAUL W. FLOWERS, ESQ. #0046625**
Paul W. Flowers Co., L.P.A.
50 Public Square, Suite 1910
Cleveland, Ohio  44113
Phone: (216) 344-9393
Facsimile: 216-344-9395
Email: pwf@pwfco.com
*Attorney for Defendants Jacquelyn Ellis,*
*Rodney Ellis, and Andrea Ellis*

## JURY DEMAND

Pursuant to Rule 38(b)(1) of the Federal Rules of Civil Procedure, Defendants

request a jury trial on all issues and claims set forth in this Counterclaim.

*/s/ John P. O'Neil*

_____
**JOHN P. O'NEIL #0067893**
Elk and Elk Co., Ltd.

*/s/ Paul W. Flowers*

_____
**PAUL W. FLOWERS, ESQ. #0046625**
Paul W. Flowers Co., L.P.A.

42

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4___ day of January, 2018, a copy of the foregoing *DEFENDANTS JACQUELYN ELLIS, RODNEY ELLIS AND ANDREA ELLIS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND COUNTERCLAIM* was filed electronically.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ John P. O'Neil*
_____
**JOHN P. O'NEIL #0067893**
Elk and Elk Co., Ltd.


*/s/ Paul W. Flowers*
_____
**PAUL W. FLOWERS, ESQ. #0046625**
Paul W. Flowers Co., L.P.A.