IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARK A. NEWTON, *et al.*, | CASE NO. 1:17-CV-02545 |
| Plaintiffs, | |
| vs. | DISTRICT JUDGE JAMES S. GWIN |
| JACQUELYN ELLIS, *et al.*, | **ELLIS DEFENDANTS' MOTION TO RECLASSIFY MOTION TO DISMISS** |
| Defendants. | |

### MOTION

Defendants, Jacquelyn, Rodney, and Andrea Ellis, request that this Court deem their Motion to Dismiss (Doc.#:5) to be a Motion for Judgment on the Pleadings. The only meaningful difference between these two types of motions is that the latter must be filed at the same time as, or after, the submission of the answer to the complaint. *Hunter v. Ohio Veterans Home*, 272 F. Supp. 2d 692, 695 (N.D. Ohio 2003); *Ferencz v. Medlock*, 905 F. Supp. 2d 656, 663 (W.D. Pa. 2012). At the time that the Motion to Dismiss was prepared, Defendants did not anticipate that they would be submitting any additional responsive pleadings until a ruling was issued. At the direction of this Court, however, they are filing their Answer on or before January 4, 2018. *See Orders entered December 14, 2017*. The Plaintiffs filed their First Amended Complaint, but there are no new allegations against the Ellis Defendants.

Notably, a response to the Motion to Dismiss has not been filed. No party will thus suffer any undue prejudice, and these proceedings will not be delayed in any manner, if this relief is granted.

PAUL W. FLOWERS CO.
50 Public Sq., Ste 1910
Cleveland, Ohio 44113
(216) 771-3239
Fax: (216) 781-5876

## CONCLUSION

In the interest of fairness and justice, this Court should issue an Order deeming the Motion to Dismiss of December 8, 2017 (Doc#:5) to be a Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c).

Respectfully submitted,

*s/ John P. O'Neil*
John P. O'Neil, Esq. (#0067893)
**ELK & ELK CO., LTD.**
6105 Parkland Boulevard
Mayfield Heights, Ohio 44124
(440) 442-6677
joneil@elkandelk.com

*s/ Andrew M. Wargo*
Andrew M. Wargo, Esq. (#0058464)
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
127 Public Square, Suite 3510
Cleveland, Ohio 44114
(216) 912-3800
amwargo@mdwcg.com

*s/ Paul W. Flowers*
Paul W. Flowers, Esq. (#0046625)
**PAUL W. FLOWERS CO., L.P.A.**
Terminal Tower, Suite 1910
50 Public Square
Cleveland, Ohio 44113
(216) 344-9393
pwf@pwfco.com

*Attorneys for Defendants, Jacquelyn Ellis, et al.*

## CERTIFICATE OF PAGE LIMITATIONS

In accordance with Loc. R. 7.1(f), I hereby certify that this action will likely be assigned to the standard track and that this filing complies with the court's page limitations.

*s/ Paul W. Flowers*
Paul W. Flowers, Esq. (#0046625)
**PAUL W. FLOWERS CO., L.P.A.**

*Attorney for Defendants,*
*Jacquelyn Ellis, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on January  4   , 2018 the foregoing **Motion** was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ Paul W. Flowers*
Paul W. Flowers, Esq. (#0046625)
**PAUL W. FLOWERS CO., L.P.A.**

*Attorney for Defendants,*
*Jacquelyn Ellis, et al.*

PAUL W. FLOWERS CO.
50 Public Sq., Ste 1910
Cleveland, Ohio 44113
(216) 771-3239
Fax: (216) 781-5876