UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MARK A. NEWTON, et al.,** ) | **CASE NO.   1:17 CV 2545** |
| ) | |
| Plaintiffs, ) | **JUDGE JAMES S. GWIN** |
| ) | |
| v. ) | |
| ) | **MOTION TO EXCUSE PERSONAL** |
| **JACQUELYN ELLIS, et al.** ) | **ATTENDANCE OF INSURANCE** |
| ) | **REPRESENTATIVE OF DEFENDANTS** |
| Defendants. ) | **MARVIN  LAMIELLE AND JESSICA** |
| ) | **PAGE** |

Defendants Marvin Lamielle and Jessica Page, by and through counsel, jointly move this court to excuse the in-person attendance of their insurance representative at the status conference scheduled for June 12, 2018 at 4:00 p.m.

Defendants Lamielle and Page are insured through the same policy and share a single insurance representative located in Springfield, Massachusetts.  The representative recently flew in to personally attend the mediation on May 23, 2018 in Cleveland, Ohio, and flying in for the status conference would entail significant additional time and expense.  Further, excusing her personal attendance will have no affect on the productivity of the conference, as she can be available by telephone if needed.  The parties are still discussing settlement and have a motion to continue dates pending.

WHEREFORE, Defendants Marvin Lamielle and Jessica Page jointly request that their insurance representative be excused from attending the status conference scheduled for June 12, 2018.

Respectfully submitted,

*/s/ Steven D. Strang*
**D JOHN TRAVIS (0011247)**
**STEVEN D. STRANG (0085444)**
GALLAGHER SHARP
Sixth Floor Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio  44115
(216) 241-5310 (phone) / (216) 241-1608 (fax)
jtravis@gallaghersharp.com
sstrang@gallaghersharp.com
*Attorneys for Defendant Sergeant Marvin Lamielle*

*/s/John T. McLandrich per tele auth.*
**JOHN T. MCLANDRICH (0021494)**
**TERENCE L. WILLIAMS (0081363)**
Mazanec, Raskin & Ryder CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jmclandrich@mrrlaw.com
twilliams@mrrlaw.com
*Counsel for Defendant Detective Jessica Page*


**CERTIFICATE OF SERVICE**

     I hereby certify that on June 6, 2018, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by electronic and/or regular U.S. Mail.  Parties may access this filing through the Court's system.


*/s/  STEVEN D. STRANG*
**D JOHN TRAVIS (0011247)**
**STEVEN D. STRANG (0085444)**
**GALLAGHER SHARP LLP**
*Attorneys for Defendant Sergeant Marvin Lamielle*