MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 6/12/18 |
| Judge: | James S. Gwin |
| Case No.: | 1:17CR02545 |
| Court Reporter: | None |

MARK A. NEWTON, ET AL,       )
                             )
      Plaintiffs,            )
                             )
vs.                          )
                             )
JACQUELYN ELLIS, ET AL,      )
                             )
      Defendants.            )

MATTERS CONSIDERED: Status conference held.

TOTAL TIME: 22 min.                    *s/    Melanie Dresch*
                                       Courtroom Deputy Clerk