UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK A. NEWTON, | ) | CASE NO.: 1:17-CV-2545 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION OF ALL** |
| | ) | **DEADLINES FILED BY PLAINTIFFS** |
| JACQUELYN ELLIS, et al., | ) | **AND DEFENDANTS PAGE AND** |
| | ) | **LAMIELLE** |
| Defendants. | ) | |

Now come Plaintiffs Mark Newton and Patricia Rideout, and Defendants, Det. Jessica Page and Sgt. Lamielle, by and through counsel, and hereby move this Honorable Court for an extension of all the remaining case management dates, such that new dispositive motion dates, expert dates and trial related dates are set at least 30-45 days out from the current dates.

The moving parties are continuing to conduct private mediation in an effort to resolve this matter. There is currently a mediator's proposal being circulated in an effort to broker a resolution. The mediation process is being necessarily and unavoidably protracted due to the nature of the issues and various related factors. The insurance adjuster for the within Defendants left the company on June 29, 2018 and the given gravity and complexity of the issues and the learning curve and reassignment of the file, analysis and response is being delayed. Further, summer has brought vacations into this equation. Continuing to take depositions, engage and prepare experts and preparing and responding to dispositive motions is counterproductive to this process. These activities increase the parties' costs and fees which are an impediment to settlement and create a moving target. The ongoing discovery also is an impediment as it changes the status quo of information potentially changing parties bargaining positions during the ongoing negotiations.

Further, parties can react negatively to discovery testimony and motion arguments on a personal level further impeding settlement.

The current court deadlines are a dispositive motion date of August 20, 2018, with accompanying opposition and reply dates and a trial date of October 1, 2018. Primary expert reports were due 90 days before the October 1st trial date, being July 3, 2018. Those reports have not been produced. The parties have been focused and are focused on possible resolution.

The Parties assert that postponing by 30-45 days the remaining case management dates and trial will allow all parties to avoid significant expense and to focus their efforts on mediation, and will improve the chances for resolution through ongoing mediation and that the interests of justice will be best served by granting said postponement.

Wherefore, the Parties respectfully request a 30-45 day extension of the remaining case management dates and trial date.

Respectfully submitted,

<div style="display:flex">
<div>

*s/Paul B. Daiker (per email consent 7/3/18)*
LARRY W. ZUKERMAN  (0029498)
PAUL B. DAIKER  (0062268)
ADAM M. BROWN  (0092209)
Zukerman, Daiker & Lear Co., L.P.A.
3912 Prospect Avenue, East
Cleveland, OH  44115
(216) 696-0900
(216) 696-8800 – Fax
Email: lwz@zukerman-law.com
         pbd@zukerman-law.com
         amb@zukerman-law.com

Counsel for Plaintiffs

</div>
<div>

*s/John T. McLandrich*
JOHN T. MCLANDRICH  (0021494)
TERENCE L. WILLIAMS  (0081363)
Mazanec, Raskin & Ryder CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jmclandrich@mrrlaw.com
         twilliams@mrrlaw.com

Counsel for Defendant Detective Jessica Page


*s/Steven D. Strang (per email consent 7/3/18)*
JOHN TRAVIS  (0011247)
STEVEN D. STRANG  (0085444)
Gallagher Sharp
Sixth Floor - Buckley Building

</div>
</div>

1501 Euclid Avenue
Cleveland, OH 44115
(216) 241-5310
(216) 241-1608 – Fax
Email: jtravis@gallaghersharp.com
sstrang@gallaghersharp.com

Counsel for Co-Defendants Marvin Lamielle
and John Cole

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2018, a copy of the foregoing Motion for Extension of All Deadlines Filed by Plaintiffs and Defendants Page and Lamielle was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
TERENCE L. WILLIAMS (0081363)

Counsel for Defendant Detective Jessica Page

TRID-170305/2d MFE of All Deadlines