UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK NEWTON, et al. | ) | CASE NO.: 1:17 CV 2545 |
| | ) | |
| Plaintiffs, | ) | JUDGE: James S. Gwin |
| | ) | |
| vs. | ) | **COUNTERCLAIMANT JACQUELYN** |
| | ) | **ELLIS' NOTICE OF THE DISMISSAL** |
| | ) | **OF THE COUNTERCLAIM AGAINST** |
| JACQUELYN ELLIS, et al. | ) | **COUNTERCLAIM DEFENDANT MARK** |
| | ) | **NEWTON WITH PREJUDICE** |
| Defendants. | ) | |
| | ) | |
| | ) | |

Now comes Counterclaimant, Jacquelyn Ellis, by and through counsel, and represents to the Court that the Counterclaim against Counterclaim Defendant Mark Newton is dismissed with prejudice.

Respectfully submitted,

*/s/ John P. O'Neil*

_____
**JOHN P. O'NEIL #0067893**
Elk and Elk Co. Ltd.
6105 Parkland Blvd., Suite 200
Mayfield Hts., Ohio 44124
Phone: 440-442-6677/Facsimile: 440-442-7944
E-mail: joneil@elkandelk.com
*Attorney for Counterclaimant Jacquelyn Ellis*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2018, a copy of the foregoing COUNTERCLAIMANT JACQUELYN ELLIS' NOTICE OF THE DISMISSAL OF THE COUNTERCLAIM AGAINST COUNTERCLAIM DEFENDANT MARK NEWTON WITH PREJUDICE was filed electronically.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

 */s/ John P. O'Neil*

_____
**JOHN P. O'NEIL #0067893**
Elk and Elk Co., Ltd.