IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK A. NEWTON, et al., | : | CASE NO.: 1:17-CV-2545 |
| | : | |
| | : | JUDGE JAMES S. GWIN |
| Plaintiffs, | : | |
| | : | |
| -vs- | : | **PLAINTIFFS' NOTICE OF** |
| | : | **DISMISSAL OF ALL CLAIMS** |
| JACQUELYN ELLIS, et al., | : | **AGAINST SGT. MARVIN** |
| | : | **LAMIELLE WITH** |
| Defendants. | : | **PREJUDICE** |

Now come Plaintiffs, who by and through undersigned counsel, pursuant to Fed.R.Civ.P. 41(a), hereby Dismiss all of their claims against Defendant Sgt. Marvin Lamielle with prejudice in the above captioned matter.

Respectfully Submitted,

/s/ Paul B. Daiker
LARRY W. ZUKERMAN, Esq. (#0029498)
PAUL B. DAIKER, Esq. (#0062268)
BRIAN A. MURRAY, Esq. (#0079741)
ADAM M. BROWN, Esq. (#0092209)
Zukerman, Daiker & Lear Co., L.P.A.
3912 Prospect Avenue East
Cleveland, Ohio 44115
(216) 696-0900
Fax (216) 696-8800
lwz@zukerman-law.com
pbd@zukerman-law.com
bam@zukerman-law.com
amb@zukerman-law.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2018 the foregoing Plaintiffs' Notice of Dismissal of All Claims Against Defendant Marvin Lamielle With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

      /s/ Paul B. Daiker
      LARRY W. ZUKERMAN, Esq. (#0029498)
      PAUL B. DAIKER, Esq. (#0062268)
      BRIAN A. MURRAY, Esq. (#0079741)
      ADAM M. BROWN, Esq. (#0092209)