Dismissal of all claims with prejudice as to defendant Jessica Page approved 8/23/18.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARK A. NEWTON, et al., | CASE NO.: 1:17-CV-2545 |
| Plaintiffs, | JUDGE JAMES S. GWIN |
| -vs- | PLAINTIFFS' NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT JESSICA PAGE WITH PREJUDICE |
| JACQUELYN ELLIS, et al., | |
| Defendants. | |

Now come Plaintiffs, who by and through undersigned counsel, pursuant to Fed.R.Civ.P. 41(a), hereby Dismiss all of their claims against Defendant Jessica Page with prejudice in the above captioned matter.

Respectfully Submitted,

/s/ Paul B. Daiker
LARRY W. ZUKERMAN, Esq. (#0029498)
PAUL B. DAIKER, Esq. (#0062268)
BRIAN A. MURRAY, Esq. (#0079741)
ADAM M. BROWN, Esq. (#0092209)
Zukerman, Daiker & Lear Co., L.P.A.
3912 Prospect Avenue East
Cleveland, Ohio 44115
(216) 696-0900
Fax (216) 696-8800
lwz@zukerman-law.com
pbd@zukerman-law.com
bam@zukerman-law.com
amb@zukerman-law.com
Counsel for Plaintiffs